IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAL ALBERT JENKINS,

    Plaintiff,                    No. CIV S-05-0358 LKK KJM P

    vs.

DEPUTY BARTLEY, et al.,

    Defendants.               <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file an amended complaint as provided by the court's order of December 30, 2005. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's January 30, 2006 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: February 7, 2006.

                              UNITED STATES MAGISTRATE JUDGE

/mp
jenk0358.36