IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAL A. JENKINS,

        Plaintiff,                  No. CIV S-05-0358 LKK KJM P

   vs.

BARTLEY, et al.,

        Defendants.        ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed December 30, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Riley and Bartley.

        2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed March 2, 2006.

1

1         3. Within thirty days from the date of this order, plaintiff shall complete the
2 attached Notice of Submission of Documents and submit the following documents to the court:
3         a. The completed Notice of Submission of Documents;
4         b. One completed summons;
5         c. One completed USM-285 form for each defendant listed in number 1
6         above; and
7         d. Three copies of the endorsed amended complaint filed March 2, 2006.
8         4. Plaintiff need not attempt service on defendants and need not request waiver of
9 service. Upon receipt of the above-described documents, the court will direct the United States
10 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
11 without payment of costs.
12 DATED: April 5, 2007.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL A. JENKINS, | |
| Plaintiff, | No. CIV S-05-0358 LKK KJM P |
| vs. | |
| BARTLEY, et al., | NOTICE OF SUBMISSION |
| Defendants. | OF DOCUMENTS |
| _____/ | |

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

    __1__    completed summons form

    __2__    completed USM-285 forms

    __3__    copies of the March 2, 2006 Amended Complaint

DATED:

                                                      Plaintiff