IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAL A. JENKINS,

        Plaintiff,                    No. CIV S-05-0358 LKK KJM P

    vs.

BARTLEY, et al.,

        Defendants.              AMENDED ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed December 30, 2005, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Riley and Bartley.

        2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and a copy of the amended complaint filed March 2, 2006.

1

1          3.  Within thirty days from the date of this order, plaintiff shall complete the
2  attached Notice of Submission of Documents and submit the following documents to the court:
3          a.  The completed Notice of Submission of Documents;
4          b.  One completed summons;
5          c.  One completed USM-285 form for each defendant listed in number 1
6          above; and
7          d.  Three copies of the endorsed amended complaint filed March 2, 2006.
8          4.  Plaintiff need not attempt service on defendants and need not request waiver of
9  service.  Upon receipt of the above-described documents, the court will direct the United States
10 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
11 without payment of costs.
12 DATED:  April 18, 2007.

_____
U.S. MAGISTRATE JUDGE

1
2
3
4
5
6
7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10  JAMAL A. JENKINS,

11              Plaintiff,                    No. CIV S-05-0358 LKK KJM P

12       vs.

13  BARTLEY, et al.,                          NOTICE OF SUBMISSION

14              Defendants.                   OF DOCUMENTS

15  _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17  order filed _____:

18              _____    completed summons form

19              _____    completed USM-285 forms

20              _____    copies of the March 2, 2006 Amended Complaint

21  DATED:

22
23
                                              _____
                                              Plaintiff
24
25
26