1  RANDOLPH, CREGGER & CHALFANT LLP
   ROBERT L. CHALFANT, State Bar No. 203051
2  1030 G Street
   Sacramento, California 95814
3  Telephone: (916) 443-4443
   Facsimile:   (916) 443-2124
4
   Attorneys for Defendants
5  BARTLEY and RILEY

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMAL ALBERT JENKINS, | No. CIV S-05-0358 LKK KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER** |
| vs. | |
| BARTLEY, et al. | |
| Defendants. | |
| _____/ | |

### ORDER

Upon consideration and good cause appearing, defendants' motion for leave to amend their answer is GRANTED.

Defendants shall file their amended answer no later than August 10, 2007.

IT IS SO ORDERED.

Dated: August 9, 2007.

_____
U.S. MAGISTRATE JUDGE

**Randolph Cregger & Chalfant**

---

1
ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER

# PROOF OF SERVICE

**CASE:** Jamal A. Jenkins v. Deputies Bartley, #2064, et al.
**NO:** U. S. District Court, Eastern District of California, No. 2:05-CV-00358 LKK KJM

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 1030 G Street, Sacramento, CA 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date indicated below I served the within **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER** on all parties in said action as addressed below by causing a true copy thereof to be:

xx   **placed in a sealed envelope** with first class postage thereon fully prepaid in the designated area for outgoing mail:

___   **delivered by hand**:

___   **telecopied by facsimile**:

___   **express mailed**:

Plaintiff In Pro Per
Jamal A. Jenkins
#F-15126
Salinas Valley State Prison
P. O. Box 1050, A3-125
Soledad, CA 93960-1060
*LEGAL MAIL*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this August 9, 2007 at Sacramento, California.

                                         /s/ Bevery J. Murch
                                         Beverly J. Murch

**Randolph Cregger & Chalfant**