1 RANDOLPH, CREGGER & CHALFANT LLP
ROBERT L. CHALFANT, State Bar No. 203051
2 WENDY MOTOOKA, State Bar No. 233589
1030 G Street
3 Sacramento, California 95814
Telephone:  (916) 443-4443
4 Facsimile:    (916) 443-2124

5 Attorneys for Defendants
BARTLEY and RILEY

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMAL ALBERT JENKINS, | No. CIV S-05-0358 LKK KJM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND AMENDED ANSWER** |
| vs. | |
| BARTLEY, et al. | |
| Defendants. | |

**ORDER**

Upon consideration and good cause appearing, defendants' motion for second leave to amend their answer is GRANTED.

Defendants' Second Amended Answer, submitted concurrently with defendants' motion for second leave to amend, shall be deemed filed as of the date of this order.

IT IS SO ORDERED.

Dated:  October 12, 2007.

U.S. MAGISTRATE JUDGE

**Randolph Cregger & Chalfant**

1
ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND AMENDED ANSWER