**FILED**

f.   **MAR 27 2008**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMAL ALBERT JENKINS,

　　　　　　Plaintiff,　　　　　　　　No. CIV S-05-0358 LKK KJM P

　　vs.

BARTLEY, et al.,

　　　　　　Defendants.　　　　　ORDER

_____/

Plaintiff has filed his second motion for an extension of time to file and serve an opposition to defendants' December 17, 2007 motion for summary judgment. Good cause appearing, the motion will be granted.

Plaintiff has also returned the subpoena, filled out in compliance with this court's order of February 22, 2008 (doc. no. 53).

IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (docket no. 56) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file and serve an opposition to defendants' December 17, 2007 motion for summary judgment.

3. The Clerk of Court is directed to forward the completed subpoena and a copy of this order to the United States Marshal.

4. Within ten days of the date of this order, the United States Marshal is directed to serve the subpoena duces tecum on the Sacramento County Sheriff's Department, Records

1   Bureau in the manner it deems appropriate. See Windsor v. Martindale, 175 F.R.D. 665, 670

2   (D. Colo. 1997) (U.S. Marshal may serve a subpoena duces tecum by certified mail).

3   DATED:  3/26/08

4
                                        UNITED STATES MAGISTRATE JUDGE
5

6

7

8
    2/mp
9   jenk0358.36sec

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26